UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CENTSLESS CREATIONS LLC & ASSOCIATES *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH BEND POLICE DEPARTMENT *et al.*, <br><br> Defendants. | CAUSE NO. 3:23-CV-628 DRL-MGG |

ORDER

The court afforded the plaintiffs an opportunity to file a second amended complaint that complied with the federal rules by May 1, 2024 (after an earlier chance of December 13, 2023), cautioning them that failure to comply with this deadline and file a rule-compliant complaint would result in the dismissal of their case [38]. The plaintiffs have filed nothing since the last order, and another two weeks have passed. Accordingly, the court DISMISSES the case as abandoned under Federal Rule of Civil Procedure 41.

SO ORDERED.

May 14, 2024

*s/ Damon R. Leichty*
Judge, United States District Court