AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CENTSLESS CREATIONS LLC & ASSCOIATES            Civil Action No. 3:23-cv-628
*TERMINATED: 08/18/2023*

CLAUZETTA SHINAUL

ROBIN PEPPERS

KENT LACKLAND

JASMINE LOPEZ

        Plaintiffs
  v.

SOUTH BEND POLICE DEPARTMENT
*TERMINATED: 01/22/2024*

SOUTH BEND CODE ENFORCEMENT
*TERMINATED: 01/22/2024*

ST JOSEPH COUNTY PROSECUTORS OFFICE THE

        Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED as abandoned under Federal Rule of Civil Procedure 41.
This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty

DATE:  05/14/2024            CHANDA J. BERTA, CLERK OF COURT

by      s/J. Barboza
*Signature of Clerk or Deputy Clerk*